# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

BERNARDO SANCHEZ-SALINAS

Defendant.

Case Number: EP:25-MJ-02297-MAT(1)
USM Number: 80754-511

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, BERNARDO SANCHEZ-SALINAS, was represented by ROBERT J. PEREZ.

The defendant was found not guilty by the Court on Count Three of the Information, Entering Military Property, Title 18 U.S.C. 1382 on July 25, 2025.

Motion for Judgment of acquittal granted as to Count Two of the Information.

The defendant was found guilty by Court on Count One of the Information on July 25, 2025. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 8 U.S.C. 1325(a)(1) | Improper Entry by Alien | 05/08/2025 | 1 |

As pronounced on July 25, 2025, the defendant is sentenced as provided in page 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 25th day of July, 2025.

_____
MIGUEL A. TORRES
United States Magistrate Judge

DEFENDANT:        BERNARDO SANCHEZ-SALINAS
CASE NUMBER:      EP:25-MJ-02297-MAT(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **TIME SERVED.**

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL